# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| LAUREL D. ANGELL, <br><br> Plaintiff, <br><br> v. <br><br> THE NATURE CONSERVANCY, <br><br> Defendant. | Case No. 2:24-cv-00086-JTJ <br><br> **ORDER** |

Having reviewed Plaintiff's Unopposed Motion to Re-Set Hearing on Motion to Dismiss and Motion to Vacate Preliminary Pretrial Conference, and good cause appearing therefrom, IT IS HEREBY ORDERED that the December 4, 2024 hearing, the Preliminary Pretrial Conference and deadlines for filing the Joint Discovery Plan, Stipulated Statement of Facts, and Preliminary Pretrial Statements are all VACATED.

DATED this 12th day of November, 2024.

_____
John Johnston
United States Magistrate Judge